FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 29, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FREDERICO CAMPOS,<br><br>Defendant. | No. 1:16-MJ-4074-MKD-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE AND MOTION TO EXPEDITE<br><br>**ECF Nos. 18; 19**<br>**\*\*ACTION REQUIRED\*\*** |
|---|---|

Date of Motion hearing: 03/29/2016

BEFORE THE COURT are the Defendant's Motion to Modify Conditions of Release (ECF No. 18) and Motion to Expedite (ECF No. 19).  The Government did not oppose the Motions.

Defendant asks that he be allowed to substitute $5,000 cash in lieu of executing a $5,000 surety bond secured by his residence.  Finding good cause, the Court **GRANTS** Defendants' Motion to Expedite (**ECF No. 19**) and Motion to Modify Conditions of Release (**ECF No. 18**).

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE AND MOTION TO EXPEDITE ~ 1

**ACCORDINGLY, IT IS ORDERED:**

1. Motion to Expedite (**ECF No. 19**) and Motion to Modify Conditions of Release (**ECF No. 18**) are **GRANTED**.

2. Defendant shall execute a $5,000 cash bond instead of a $5,000 surety bond secured by his residence.

3. The Defendant shall abide by all other previously imposed conditions of supervised release set forth in Order Denying United States' Motion for Detention and Setting Conditions of Release (ECF No. 17).

DATED March 29, 2016.

s/Mary K. Dimke
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE