1

2

3

4

5          UNITED STATES DISTRICT COURT

6          EASTERN DISTRICT OF WASHINGTON

7  UNITED STATES OF AMERICA,          No. 1:16-CR-02027-SAB-1

8                      Plaintiff,      ORDER GRANTING ORAL MOTION
                                       TO MODIFY CONDITIONS OF
9  vs.                                 RELEASE

10 Frederico Campos,                   **ECF No. 44**

11                      Defendant.

12 Date of Motion hearing: 09/12/2016

13     BEFORE THE COURT is Defendant's Oral Motion to Modify Conditions

14 of Pretrial Release (ECF No. 42). The government opposed the motion.

15

16     Defendant moved to discontinue Defendant's release condition number 28:

17 HOME CONFINEMENT/ELECTRONIC/GPS, in accordance with the

18 recommendation of the U.S. Probation/Pretrial Services Office.  Finding good

19 cause, the Court **GRANTS** the Motion to Modify Conditions of Release (ECF. No.

20 42).

**ACCORDINGLY, IT IS ORDERED:**

1. Motion to Modify Conditions of Release (**ECF. NO 42**) is **GRANTED**.

2. Defendant shall no longer be required to comply with condition number 28: HOME CONFINEMENT/ELECTRONIC/GPS as a condition of his release.

DATED September 12, 2016.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE